UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| SYLVIA T. DUPREE <br><br> Plaintiff, <br><br> v. <br><br> EQUIDATA, INC. <br><br> Defendant. | 1:17-cv-02036-GLR <br><br> Hon. George Levi Russell, III |

**MOTION TO STAY ACTION PENDING DEFENDANT'S BANKRUPTCY CASE**

Sylvia T. Dupree ("Plaintiff"), having recently received notice of the filing of a Chapter 7 Bankruptcy case in the Eastern District of Virginia on behalf of Defendant, Equidata, Inc., case number 17-51648-FJS, hereby moves this Court for an order staying this action pending the completion of Defendant's bankruptcy case. A copy of the *Notice of Chapter 7 Bankruptcy Case* is attached to this motion as Exhibit A.

For these reasons, Plaintiff requests that this Court stay the action pending Defendant's bankruptcy case.

Dated:   December 21, 2017.                  Respectfully Submitted,

   /s/ *Geoff B. McCarrell*
Geoff B. McCarrell (Admitted *Pro Hac Vice*)
CONSUMER LAW PARTNERS, LLC
435 N. Michigan Ave., Suite 1609
Chicago, Illinois 60611
(267) 422-1000 (phone)
(267) 422-2000 (fax)
geoff.m@consumerlawpartners.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing *Motion to Stay Action Pending Defendant's Bankruptcy Case* is being filed electronically with the United States District Court for the District of Maryland, on this 21st day of December, 2017. Notice of this filing will be transmitted to the Defendant via U.S. Mail, postage prepaid to the following address.

Equidata, Inc.
c/o Robert V. Russos
580 E. Main Street, #300
Norfolk, VA 23510

 */s/ Geoff B. McCarrell*
Geoff B. McCarrell #0086427
CONSUMER LAW PARTNERS, LLC