IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SYLVIA T. DUPREE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. GLR-17-2036 |
| EQUIDATA, INC., | : | |
| Defendant. | : | |

## ORDER

Pending before the Court is Plaintiff Sylvia T. Dupree's Motion to Stay Action Pending Defendant's Bankruptcy Case (ECF No. 13).  Having reviewed the Motion, the Court concludes that a stay pending resolution of Defendant Equidata, Inc.'s ("Equidata") bankruptcy case is warranted.  Accordingly, it is this 28th day of December, 2017 hereby:

ORDERED that Dupree's Motion to Stay Action Pending Defendant's Bankruptcy Case (ECF No. 13) is GRANTED;

IT IS FURTHER ORDERED that the case is STAYED pending the resolution of Equidata's bankruptcy case;

IT IS FURTHER ORDERED that the Clerk ADMINISTRATIVELY CLOSE the case, subject to reopening by either party; and

IT IS FURTHER ORDERED that the parties shall SUBMIT a joint status report within ninety days after the date of this Order.

/s/
_____
George L. Russell, III
United States District Judge