UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**GEORGE L. RUSSELL, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

December 8, 2021

MEMORANDUM TO PARTIES RE:    Dupree v. Equidata, Inc.
Civil Action No. GLR-17-2036

Dear Counsel:

On December 18, 2020, this Court issued a Marginal Order approving Dupree's Status Report. (ECF No. 32). In the Order, the Court directed Dupree to file an additional status report no later than April 19, 2021. To date, the Court has not received the status report. Accordingly, the Court DIRECTS Dupree to file an updated status report regarding the bankruptcy case no later than **Wednesday, December 15, 2021.**

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
United States District Judge